**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH**

Lead Case No.: 19-cv-02170

---

JAMES ANDERSON WANSBROUGH VICK and REBECCA LOUISE VICK, Individually and as Co-Executors of the Estate of OLIVER CHARLES ANDERSON VICK, Deceased, on behalf of all Surviving Beneficiaries,

Plaintiffs,

v.

THE BOEING COMPANY, a Delaware corporation;
ROSEMOUNT AREOSPACE, INC., a Delaware corporation;
ROCKWELL COLLINS, INC., a Delaware corporation,

Defendants.

**SHORT FORM COMPLAINT AND NOTICE OF ADOPTION OF MASTER COMPLAINT**

**DEMAND FOR JURY TRIAL**

PLAINTIFFS JAMES ANDERSON WANSBROUGH VICK, and REBECCA LOUISE VICK, Individually and as Co-Executors of the Estate of OLIVER CHARLES ANDERSON VICK, Deceased, on behalf of all Surviving Beneficiaries, complain of the defendants, and each of them as follows:

1. Plaintiffs refer to and incorporate herein by reference the Master Complaint, and any and all later amendments thereto, filed in IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH, as though fully set forth herein. Plaintiffs hereby adopt the Master Complaint and agree to be bound by any rulings with respect to the pleadings of the Master Complaint.

2. Plaintiffs adopt each of the general allegations of the Master Complaint except for those paragraph numbers set forth here, if any: N/A

**CLAIMS AGAINST DEFENDANTS**

3. Plaintiffs bring those Counts, as applicable, against each of the Defendants in the Master Complaint checked below:

☒ THE BOEING COMPANY

☒ ROSEMOUNT AEROSPACE, INC.

☒ ROCKWELL COLLINS, INC.

4. Plaintiffs incorporate by reference each of the Counts in the Master Complaint checked below:

*As* against *THE BOEING COMPANY:*

☒ Count One for Negligence

☒ Count Two for Breach of Warranty

☒ Count Three for Strict Liability

☒ Count Four for Failure to Warn

*As against ROSEMOUNT AEROSPACE, INC.:*

☒ Count Five for Negligence

☒ Count Six for Strict Liability

☒ Count Seven for Breach of Warranty

*As against ROCKWELL COLLINS, INC.:*

☒ Count Eight for Negligence

☒ Count Nine for Strict Liability

☒ Count Ten for Breach of Warranty

**PLAINTIFF'S INFORMATION:**

4. Decedent, Oliver Charles Anderson Vick, was an individual who was killed in the crash of Ethiopian Airlines Flight ET 302 on March 10, 2019.

5. The following Plaintiffs are heirs, beneficiaries, and/or next of kin of Decedent, or other persons entitled to bring an action for the wrongful death of Decedent, and bring the causes of action alleged herein:

JAMES ANDERSON WANSBROUGH VICK, father of the Decedent and Co-Executor of Decedent's Estate entitled to bring wrongful death claims on behalf of all surviving beneficiaries;

REBECCA LOUISE VICK, sister of the Decedent and Co-Executor of Decedent's Estate entitled to bring wrongful death claims on behalf of all surviving beneficiaries;

6. Plaintiffs are residents of England. Plaintiffs' Decedent was a resident of England and France who worked for the United Nations and was stationed in Somalia.

7. Decedent's Estate is represented in the following capacity:

☒ JAMES ANDERSON WANSBROUGH VICK and REBECCA LOUISE VICK are Co-Executors of Decedent's Estate and are authorized to bring an action on behalf of the Decedent's Estate. Plaintiffs were appointed as Co-Executors by the High Court of Justice England and Wales, on December 6, 2019

☐ Other (please describe):

________________________________________________.

**PLAINTIFF(S) DAMAGES:**

8. Plaintiff(s) requests the relief checked below:

All past and future general and compensatory damages in an amount according to proof at trial, including the following:

☒ For Decedent's conscious and physical pain and suffering, fright and terror, fear of impending and imminent death, mental anguish, and emotional distress, in an amount according to proof at trial.

☒ For past and future loss of support and services in money or in kind, in an amount according to proof at trial.

☒ For past and future loss of consortium, love, companionship, comfort, care, assistance, protection, affection, society, moral support, training, advice, tutelage, and guidance, in an amount according to proof at trial.

☒ For past and future grief, emotional distress, and sorrow, in an amount according to proof at trial.

☒ For funeral expenses, burial expenses, estate administration expenses, and other related expenses in an amount according to proof at trial.

☒ For expenses for the identification and/or transportation of Decedent's remains, according to proof at trial.

☒ For all property losses, in an amount according to proof at trial.

☒ For attorneys' fees, costs and other damages as permitted under applicable laws.

☒ For punitive and exemplary damages in an amount according to proof at trial;

☒ For pre- and post-judgment interest on all damages as allowed by the law.

☒ For all costs of suit incurred herein.

☒ For such other and further relief as the Court shall deem just and proper.

☐ Other (specify):

______________________________________________________________

______________________________________________________________

**ADDITIONAL ALLEGATIONS, IF ANY**

9. Oliver "Olly" Charles Anderson Vick was born on September 20, 1973, and died in the crash of ET302 on March 10, 2019 at the age of 45. He is survived by his two daughters, S.V., age 8, and I.V., age 11. He is also survived by his father, James Anderson Wansborough Vick,

his mother, Cheryl Anne Vick, his sister, Rebecca Louise Vick, and his former partner, Ilaria Gandossi, who is also the mother and natural guardian of Olly's children. Ilaria resides in Italy with her and Olly's daughters, S.V. and I.V.

Olly was a humanitarian worker with the United Nations assistance mission in Somalia. At the time of the crash, Olly was returning to work with UNSOM in Mogadishu, after two weeks' annual leave in France and Italy with his children. In his storied career in humanitarian aid, Olly left an indelible mark throughout the world. He helped bring forth parliamentary elections in Afghanistan, where he spent a decade working to establish democracy in the war-torn country. Olly was a dedicated and loving father, son, brother and provider who supported his children and their mother Ilaria. Olly was well known for his warmth and energy and will be missed dearly by his two young daughters and their mother, his loving parents and sister, as well as many co-workers and friends.

The manner in which Olly died is particularly distressing for surviving family due to the terrifying nature of his final moments. Shortly after take-off the aircraft began making noticeably unusual, alarming and uncomfortable movements in response to the erroneous AOA sensor and MCAS activations. During the last several minutes before ET-302 crashed, Olly experienced violent oscillations of the aircraft which resulted in his fear of impending death as well as physical and mental pre-death pain and suffering. Ultimately, Olly was exposed to extreme forces as the aircraft dove down towards the ground at speeds approaching 600 miles per hour during which time Olly surely knew he was about to die.

**DEMAND FOR JURY TRIAL**

PLAINTIFFS hereby demand a trial by jury as to all claims in this action.

Dated: Chicago, Illinois
____________________, 2020

*/s/ Todd A. Smith*

One of the Attorneys for the Plaintiff

Todd A. Smith
Brian LaCien
Smith LaCien, LLP
70 West Madison, Suite 5770
Chicago, IL 60602
T: 312-509-8900
F: 312-210-9358
Email: tsmith@smithlacien.com
Email: blacien@smithlacien.com

KREINDLER & KREINDLER LLP

Justin T. Green,
Anthony Tarricone
Brian J. Alexander
Daniel O. Rose
Megan W. Benett
Andrew J. Maloney, III
Vincent C. Lesch
Kevin J. Mahoney
Erin R. Applebaum
750 Third Avenue
New York, NY 10017
Tel: 212-687-8181
Email: jgreen@kreindler.com
Email: atarricone@kreindler.com
Email: balexander@kreindler.com
Email: drose@kreindler.com
Email: mbenett@kreindler.com
Email: amaloney@kreindler.com
Email: vlesch@kreindler.com
Email: kmahoney@kreindler.com
Email: applebaum@kreindler.com